UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:13-cv-81265-KAM

RENEE COOPER-GUTTEMAN and MARIA HAMEL,
individually and on behalf of all others similarly situated,

       Plaintiffs,

v.

TMS HEALTH, LLC, a Delaware Corporation;
XEROX CORPORATION, a New York Corporation;
and XYZ ENTITIES 1 – 10, (fictitious names of
unknown liable entities),

       Defendants.
_____/

## <u>NOTICE OF FILING CONSENTS TO JOIN</u>

    Plaintiffs, RENEE COOPER-GUTTEMAN and MARIA HAMEL, hereby give notice of

filing the attached written Consents to Join.

| | |
|---|---|
| 11 | Andre Carrington |
| 12 | Arturo Muzac |
| 13 | Brandy Gibson |
| 14 | Brunie Fleury |
| 15 | David Abellard, Jr. |
| 16 | David Terrell |
| 17 | David W. Hausdorff |
| 18 | Debra Bethune |
| 19 | Dyan Murphy |
| 20 | Edward Haynes |
| 21 | Edwin Charles |
| 22 | George Lewin |
| 23 | Hana Bora |
| 24 | Hector Pupo |
| 25 | Hugo Todd |
| 26 | Jacklyn Mack |
| 27 | Jared Pliskow |
| 28 | Johnny Jacksaint |
| 29 | Jonathan Singer |

1

| 30 | Joslyn Smith |
| 31 | Justin Kane |
| 32 | Karen Peart |
| 33 | Kerry-Ann Whittingham |
| 34 | Kristoffer Cooper |
| 35 | Lauren Ricci |
| 36 | Marc Anthony Christian |
| 37 | Marlene Daley |
| 38 | Michael Ogunlade |
| 39 | Michael Young |
| 40 | Michele Bucklo |
| 41 | Miriam Guerrero-Noll |
| 42 | Patrick Jean-Baptiste |
| 43 | Pierre Lemene |
| 44 | Rhonda Oxman |
| 45 | Ricardo Gamis |
| 46 | Richard Barry Rooks Jr. |
| 47 | Ricurt Williams |
| 48 | Romnery Nirenberg |
| 49 | Samuel Delevoe |
| 50 | Scott O'Boyle |
| 51 | Stanhue Williams |
| 52 | Suehey Hernandez |
| 53 | William Ferguson |
| 54 | Yves Drouillard |

Dated: July 17, 2015
Boca Raton, Florida

Respectfully Submitted,

**s/ Susan H. Stern**
Susan H. Stern, Esq.
Florida Bar No. 857726
E-mail: sstern@shavitzlaw.com
Gregg I. Shavitz, Esq.
Florida Bar No. 11398
E-mail: gshavitz@shavitzlaw.com
Paolo C. Meireles, Esq.
Florida Bar No. 91551
E-mail: pmeireles@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: 561-447-8888
Facsimile: 561-447-8831

Justin M. Swartz, Esq. (*pro hac vice*)
E-mail: jms@outtengolden.com
Michael Scimone, Esq. (*pro hac vice*)
E-mail: mscimone@outtengolden.com
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Bruce Botsford, Esq.
Florida Bar No. 31127
E-mail: botslaw@gmail.com
BRUCE BOTSFORD, P.A.
2524 Flamingo Lane
Ft. Lauderdale, FL 33312
Telephone: (954) 663-7002
Facsimile: (954) 208-0968

**_Counsel for Plaintiffs and the Collective_**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on **<u>July 17, 2015</u>**. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

**<u>s/Susan H. Stern</u>**
Susan H. Stern

<u>**SERVICE LIST**</u>

**Renee Cooper-Gutteman et al. *v.* TMS Health LLC, et al
CASE NO.: CASE NO.: 9:13-cv-81265-KAM
United States District Court for the Southern District of Florida**

Steven A. Siegel, Esquire
Email: ssiegel@laborlawyers.com
David A. Buchsbaum, Esquire
Email: dbuchsbaum@laborlawyers.com
FISHER & PHILLIPS, LLP
450 East Las Olas Boulevard, Suite 800
Ft. Lauderdale, Florida 33301
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

***Attorneys for Defendants***
**Via CM/ECF**

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/_____

Print Name:_David Abellard JR_

## CONSENT TO JOIN FORM

     1.     I consent to opt-in to be a party plaintiff in a lawsuit against Defendant(s), _____Xerox_____ , and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

     2.     I hereby designate the Shavitz Law Group, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

     3.     I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_Deborah Bethune_
Signature

_Deborah Bethune_
Print Name

**CONSENT TO JOIN FORM**

1.      I consent to opt-in to be a party plaintiff in a lawsuit against Defendant(s), Xerox , and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_Hana Bora_
_____
Signature


Hana Bora
_____
Print Name

## CONSENT TO JOIN FORM

1.     I consent to opt-in to be a party plaintiff in  lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. §  216(b).

2.     I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.     I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/

Print Name: __MICHELE   BUCKLO__

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ _____

Print Name: _Andre Carrington_

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/

Print Name: Edwin Charles

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ _____

Print Name: _MARC-ANTHONY CHRISTIAN_

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ _____

Print Name: _Kristoffer Cooper_

## CONSENT TO JOIN FORM

1.    I consent to be a party plaintiff in a lawsuit against Defendant(s),
Xerox
_____ , and/or related entities and individuals in order to seek redress
for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.    I hereby designate the Shavitz Law Group, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

Signature

MARLENE DALEY
Print Name

DocuSign Envelope ID: 3CF53C0FD-4F55-4C55-8A78-DE454E5DCA1D

## CONSENT TO JOIN FORM

      1.     I consent to opt-in to be a party plaintiff in a lawsuit against Defendant(s),

Xerox
_____ , and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

      2.     I hereby designate the Shavitz Law Group, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

      3.     I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

DocuSigned by:

*Samuel Delevoe*

D75FF52C3F38489...
_____
Signature

Samuel Delevoe
_____
Print Name

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ _____

Print Name: _____ Yves Drouillard _____

**CONSENT TO JOIN FORM**

      1.     I consent to opt-in to be a party plaintiff in a lawsuit against Defendant(s),

<u>  Xerox                                </u> , and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

      2.     I hereby designate the Shavitz Law Group, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

      3.     I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

Signature

Print Name

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ _____

Print Name: Brinie Fleury

## CONSENT TO JOIN FORM

     1.    I consent to opt-in to be a party plaintiff in a lawsuit against Defendant(s),
Xerox                        , and/or related entities and individuals in order to seek redress
for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

     2.    I hereby designate the Shavitz Law Group, P.A. to represent me in bringing such
claim, and to make decisions on my behalf concerning the litigation and settlement.  I agree to be
bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

     3.    I also consent to join any other related action against Defendant(s) or other
potentially responsible parties to assert my claim and for this Consent Form to be filed in any
such action.

_Ricardo Ganis_
Signature

_Ricardo Ganis_
Print Name

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ _Brandy Gibson_

Print Name: _Brandy Gibson_

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/

Print Name: _Miriam Guerrero-Noll_

**CONSENT TO JOIN FORM**

1.      I consent to be a party plaintiff in a lawsuit against Defendant(s),
_____ , and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____
Signature

_____
Print Name

## CONSENT TO JOIN FORM

1.    I consent to opt-in to be a party plaintiff in a lawsuit against Defendant(s),
<u>Xerox</u>                      , and/or related entities and individuals in order to seek redress
for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.    I hereby designate the Shavitz Law Group, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

Signature

Edward R. Haynes

Print Name

## CONSENT TO JOIN FORM

1.     I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.     I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.     I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ _____

Print Name: SUEHEY HERNANDEZ

## CONSENT TO JOIN FORM

1. I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2. I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3. I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ _____

Print Name: _Johnny Jacksaint_

**CONSENT TO JOIN FORM**

     1.    I consent to opt-in to be a party plaintiff in a lawsuit against Defendant(s), __Xerox_____, and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

     2.    I hereby designate the Shavitz Law Group, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

     3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____
Signature

Patrick Jean-Baptiste
Print Name

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/_____

Print Name:_____Justin Kane_____

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in a lawsuit against Defendant(s),
___Xerox_____ , and/or related entities and individuals in order to seek redress
for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. to represent me in bringing such
claim, and to make decisions on my behalf concerning the litigation and settlement.  I agree to be
bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other
potentially responsible parties to assert my claim and for this Consent Form to be filed in any
such action.

_Pierre L. Lemene_____
Signature


Pierre L. Lemene
Print Name

## CONSENT TO JOIN FORM

1.     I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.     I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.     I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/

Print Name: George Lewin

**CONSENT TO JOIN FORM**

1.     I consent to opt-in to be a party plaintiff in a lawsuit against Defendant(s), __Xerox_____ , and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.     I hereby designate the Shavitz Law Group, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.     I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____
Signature

_____
Print Name

## CONSENT TO JOIN FORM

1.    I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.    I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/_____

Print Name:_____

## CONSENT TO JOIN FORM

1.    I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.    I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ _____

Print Name: _____

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/

Print Name: _Rosemary Winenberg_

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in  lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ _____

Print Name: _____

## CONSENT TO JOIN FORM

1.    I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.    I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/   _Michaele_

Print Name:___Michael Agudade___

## CONSENT TO JOIN FORM

1.     I consent to opt-in to be a party plaintiff in a lawsuit against Defendant(s),
Xerox                                 , and/or related entities and individuals in order to seek redress
for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.     I hereby designate the Shavitz Law Group, P.A. to represent me in bringing such
claim, and to make decisions on my behalf concerning the litigation and settlement.  I agree to be
bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.     I also consent to join any other related action against Defendant(s) or other
potentially responsible parties to assert my claim and for this Consent Form to be filed in any
such action.

_Rhonda Olman_
Signature

_Rhonda Olman_
Print Name

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in  lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. §  216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ _____

Print Name: _____ Karen  Peart

**CONSENT TO JOIN FORM**

1.      I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ _____

Print Name: _____ Jared Pliskow _____

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in  lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C.  §  216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement.  I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ _____

Print Name: _Hector G. Rupo III_

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in a lawsuit against Defendant(s),
__Xerox_____ , and/or related entities and individuals in order to seek redress
for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____
Signature

_____
Print Name

## CONSENT TO JOIN FORM

     1.     I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

     2.     I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

     3.     I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ _____ 1/2/14

Print Name: _Richard "Barry" Books Jr._

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/_____

Print Name:___JONATHAN SINGER___

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in  lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. §  216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ _____

Print Name: __Joslyn Smith_____

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in a lawsuit against Defendant(s),
<u>Xerox</u> , and/or related entities and individuals in order to seek redress
for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. to represent me in bringing such
claim, and to make decisions on my behalf concerning the litigation and settlement.  I agree to be
bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other
potentially responsible parties to assert my claim and for this Consent Form to be filed in any
such action.

_____
Signature

_____
Print Name

## CONSENT TO JOIN FORM

1.    I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.    I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/_____

Print Name:_____HUGO TODD_____

## CONSENT TO JOIN FORM

1.      I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.      I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ _____

Print Name: _Kerry Ann Whittingham_

## CONSENT TO JOIN FORM

1.     I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.     I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.     I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ *Ricurt Williams*

Print Name: *Ricurt Williams*

## **CONSENT TO JOIN FORM**

      1.     I consent to opt-in to be a party plaintiff in lawsuit against Defendant **XEROX**, and/or related entities and individuals in order to seek redress for violation of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

      2.     I hereby designate the Shavitz Law Group, P.A. and Bruce Botsford, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

      3.     I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

/s/ _____

Print Name: Stanhue Williams

**CONSENT TO JOIN FORM**

1.    I consent to opt-in to be a party plaintiff in a lawsuit against Defendant(s), _Xerox_____ , and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.    I hereby designate the Shavitz Law Group, P.A. to represent me in bringing such claim, and to make decisions on my behalf concerning the litigation and settlement. I agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable.

3.    I also consent to join any other related action against Defendant(s) or other potentially responsible parties to assert my claim and for this Consent Form to be filed in any such action.

_____
Signature

Michael J Young
Print Name